UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAROLINA RUSSELL,

    Plaintiff,

vs.                                      CASE NO. 2:23-cv-895-JES-KCD

STEAK N SHAKE, INC.

    Defendant.
_____/

## MEDIATION REPORT

In accordance with case management and scheduling orders entered by the Court (Dkt. 20, 25, 28 and 31), and the July 28, 2025, Notice of Mediation (Dkt. 34), a mediation conference was held on August 11, 2025. All required persons attended. The case has been completely settled.

                                    Respectfully submitted,

                                    /s/ *Shane T. Muñoz*
                                    Shane T. Muñoz
                                    Florida Bar No. 0067024
                                    Shane@STM-Mediations.com
                                    Shane Muñoz Mediations
                                    2921 West Hawthorne Road
                                    Tampa, FL 33611
                                    Telephone: 941-780-2614
                                    Mediator

## CERTIFICATE OF SERVICE

  I hereby certify that on August 13, 2025, I electronically filed the foregoing Mediation Report with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

            Shane Muñoz Mediations

            */s/ Shane T. Muñoz*