UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAROLINA RUSSELL, an individual,

    Plaintiff,

v.                       Case No: 2:23-cv-895-JES-KCD

STEAK N SHAKE, INC., an Indiana corporation,

    Defendant.

_____

**ORDER**

On August 13, 2025, the Court entered an Order (Doc. #36) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __16th__ day of September 2025.

                                            JOHN E. STEELE
                                            SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record